# UNITED STATES BANKRUPTCY COURT

## Northern District of Alabama

In re: <u>Leslie Ford, Jr</u>                                   Case No:<u>17-82924-CRJ</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust** | **Wells Fargo USA Holdings, Inc.** |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim # (if known): **7**
Amount of Claim: **$63,727.66**
Date Claim Filed: **11/24/2017**

Name and Address where notices to transferee should be sent:

**SN SERVICING CORP**
**323 Fifth Street**
**Eureka, CA 95501**
Phone: **800-603-0836**                         Phone (if available): **800-274-7025**
Last Four Digits of Acct #: **4951**            Last Four Digits of Acct#:   **2669**

Name and Address where transferee payment should be sent (if different from above):

**SN SERVICING CORP**
**323 Fifth Street,**
**Eureka, CA 95501**

Phone: **800-603-0836**
Last Four Digits of Acct #: **4951**

By:    <u>/s/ Jacob Mauldin</u>                        Date: <u>October 11, 2018</u>
       Jacob Mauldin
       AL State Bar No. ASB-7826-B44M
       Rubin Lublin, LLC
       100 Concourse Parkway, Suite 115
       Birmingham, AL 35244
       (877) 813-0992
       jmauldin@rubinlublin.com
       Attorney for Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5years, or both. 18 U.S.C §§ 152 & 3571.

<u>CERTIFICATE OF SERVICE</u>

       I, Jacob Mauldin of Rubin Lublin, LLC certify that on the 11th day of October, 2018, I caused a copy of the Transfer of Claim Other Than for Security to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:


Leslie Ford, Jr
146 Kimberly Lane
Huntsville, AL 35810

Amy K Tanner, Esq.
Bond Botes Syskstus Tanner & Ezzell PC
225 Pratt Avenue NE
Huntsville, AL 35801

Michele T. Hatcher
PO Box 2388
Decatur, AL 35602

Executed on <u>10/11/18</u>
By:<u>/s/ Jacob Mauldin</u>
Jacob Mauldin
AL State Bar No. ASB-7826-B44M
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244
(877) 813-0992
jmauldin@rubinlublin.com
Attorney for Creditor