**Fill in this information to identify the case:**

Debtor 1  Leslie Ford, Jr

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Alabama

Case number  17-82924-CRJ13

## Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association as Trustee of Cabana Series III Trust

Court claim no. (if known): 7-1

Last 4 digits of any number you use to identify the debtor's account:   4  9  5  1

**Date of payment change:**
Must be at least 21 days after date of this notice     06/23/2019

**New total payment:**
Principal, interest, and escrow, if any     $     1,456.43

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $     124.47          New escrow payment:  $     359.90

## Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ <u>/s/ D. Anthony Sottile</u>     Date <u>05/07/2019</u>

Signature

Print:    <u>D. Anthony Sottile</u>     Title <u>Authorized Agent for Creditor</u>

First Name    Middle Name    Last Name

Company    <u>Sottile & Barile, LLC</u>

Address    <u>394 Wards Corner Road, Suite 180</u>

Number     Street

<u>Loveland</u>     <u>OH</u>    <u>45140</u>

City     State    ZIP Code

Contact phone    <u>513-444-4100</u>     Email <u>bankruptcy@sottileandbarile.com</u>

Case 17-82924-CRJ13    Doc    Filed 05/07/19    Entered 05/07/19 13:29:23    Desc Main
Document    Page 2 of 6

323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   April 18, 2019

LESLIE FORD                     Loan: ▉▉▉▉▉▉▉
146 KIMBERLY LN
HUNTSVILLE AL  35810          Property Address:
                            146 KIMBERLY LANE
                            HUNTSVILLE, AL  35810

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Oct 2018 to May 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jun 23, 2019: |
|---|---|---|
| Principal & Interest Pmt: | 1,096.53 | 1,096.53 |
| Escrow Payment: | 124.47 | 359.90 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,221.00 | $1,456.43 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Jul 23, 2018 |
| Escrow Balance: | (1,748.90) |
| Anticipated Pmts to Escrow: | 1,369.17 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | ($379.73) |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 0.00 | 0.00 |
| Oct 2018 | | | | 666.98 | * | 0.00 | (666.98) |
| Nov 2018 | | 124.47 | | | * | 0.00 | (542.51) |
| Nov 2018 | | | | 354.80 | * County Tax | 0.00 | (897.31) |
| Dec 2018 | | 124.47 | | | * | 0.00 | (772.84) |
| Jan 2019 | | 908.00 | | | * Insurance Refund | 0.00 | 135.16 |
| Jan 2019 | | | | 2,133.00 | * Homeowners Policy | 0.00 | (1,997.84) |
| Feb 2019 | | 124.47 | | | * | 0.00 | (1,873.37) |
| Mar 2019 | | 124.47 | | | * | 0.00 | (1,748.90) |
| | | | | | Anticipated Transactions | 0.00 | (1,748.90) |
| Apr 2019 | | 1,244.70 | | | | | (504.20) |
| May 2019 | | 124.47 | | | | | (379.73) |
| | $0.00 | $2,775.05 | $0.00 | $3,154.78 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling $0.00.  Under Federal law, your lowest monthly balance should not have exceeded $0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Analysis Date:  April 18, 2019

LESLIE FORD              Loan: ███████████

### Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | (379.73) | 1,451.19 |
| Jun 2019 | 207.32 | | | (172.41) | 1,658.51 |
| Jul 2019 | 207.32 | | | 34.91 | 1,865.83 |
| Aug 2019 | 207.32 | | | 242.23 | 2,073.15 |
| Sep 2019 | 207.32 | | | 449.55 | 2,280.47 |
| Oct 2019 | 207.32 | | | 656.87 | 2,487.79 |
| Nov 2019 | 207.32 | | | 864.19 | 2,695.11 |
| Dec 2019 | 207.32 | 2,133.00 | Homeowners Policy | (1,061.49) | 769.43 |
| Dec 2019 | | 354.80 | County Tax | (1,416.29) | 414.63 |
| Jan 2020 | 207.32 | | | (1,208.97) | 621.95 |
| Feb 2020 | 207.32 | | | (1,001.65) | 829.27 |
| Mar 2020 | 207.32 | | | (794.33) | 1,036.59 |
| Apr 2020 | 207.32 | | | (587.01) | 1,243.91 |
| May 2020 | 207.32 | | | (379.69) | 1,451.23 |
| | $2,487.84 | $2,487.80 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.) Your escrow balance contains a cushion of $414.63.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed $414.63 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is ($379.73).  Your starting balance (escrow balance required) according to this analysis should be $1,451.19.  This means you have a shortage of $1,830.92.  This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be $2,487.80.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 207.32 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 152.58 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $359.90 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,303.85 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## DECATUR DIVISION

In Re:                                         Case No. 17-82924-CRJ13

Leslie Ford, Jr                                Chapter 13

Debtor.                                        Judge Clifton R. Jessup Jr.

---

## CERTIFICATE OF SERVICE

I certify that on May 7, 2019, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Amy K Tanner, Debtor's Counsel
    ccaldwell@bondnbotes.com

    Michelle T. Hatcher, Chapter 13 Trustee
    ecf@ch13decatur.com

    Office of the United States Trustee
    (registeredaddress)@usdoj.gov

I further certify that on May 7, 2019, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Leslie Ford, Jr, Debtor
    146 Kimberly Lane
    Huntsville, AL 35810

Dated: May 7, 2019                        /s/ D. Anthony Sottile

                                     D. Anthony Sottile
                                     Authorized Agent for Creditor
                                     Sottile & Barile, LLC
                                     394 Wards Corner Road, Suite 180
                                     Loveland, OH 45140
                                     Phone: 513.444.4100
                                     Email: bankruptcy@sottileandbarile.com